UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8:10-Cr-530-T-33AEP

LOUIS FERNANDEZ, JR.

**AMENDED MOTION BY THE UNITED STATES FOR
DOWNWARD DEPARTURE OF DEFENDANT'S SENTENCE
BASED UPON SUBSTANTIAL ASSISTANCE**

Pursuant to the provisions of Section 5K1.1 of the United States Sentencing Guidelines, Title 18, United States Code, Section 3553(e), and Rule 35 of the Federal Rules of Criminal Procedure, the United States moves this Court to grant a 10-level reduction in the defendant's offense level, and in support thereof states as follows:

The United States and counsel for the defense will submit a separate *In Camera* report detailing the extent of the defendant cooperation with law enforcement at the time of sentencing.

**MEMORANDUM OF LAW**

The Court, on motion of the government, may reduce a defendant's sentence to reflect a defendant's substantial assistance. USSG §5K1.1. Here, defendant Louis Fernandez, Jr., had provided truthful and timely information to the United States which has resulted in numerous successful prosecutions both for the State of Florida and the United States.

The United States believes that, because of his efforts on behalf of the United States and the State of Florida, Louis Fernandez Jr. should receive a 10-Llevel reduction in his offense level for his assistance.

## CONCLUSION

For the foregoing reasons, this Court should grant the government's motion for downward departure of defendant's sentence.

                              Respectfully submitted,

                              ROBERT E. O'NEILL
                              United States Attorney

By:   /s/ Kathy J.M. Peluso
        KATHY J.M. PELUSO
        Assistant United States Attorney
        AUSA NO. 053
        400 North Tampa Street, Suite 3200
        Tampa, Florida  33602
        Telephone:  (813) 274-6000
        Facsimile:   (813) 274-6125
        E-mail:       kathy.peluso@usdoj.gov

U.S. v. LOUIS FERNANDEZ, JR.    Case No. 8:10-CR-530-T-33AEP

## CERTIFICATE OF SERVICE

I hereby certify that on January 22, 2013, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

    Andrew Shein, Esq.

By:   */s/ Kathy J.M. Peluso*
KATHY J.M. PELUSO
Assistant United States Attorney
AUSA NO. 053
400 North Tampa Street, Suite 3200
Tampa, Florida  33602
Telephone:   (813) 274-6000
Facsimile:    (813) 2-7
E-mail:        kathy.peluso@usdoj.gov

T:\_Criminal Cases\F\Fernandez, Louis, et at_2010R01150_KJP\p_Motion for Reduction of Sentence 5K1_Louis Fernandez JR.wpd