# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

# CLERK'S MINUTES

| **CASE NO.:** | 8:10-cr-530-T-33AEP | **DATE:** | April 28, 2014 |
|---|---|---|---|
| **HONORABLE VIRGINIA M. HERNANDEZ COVINGTON** | | | |
| **UNITED STATES OF AMERICA,**<br><br>        Government,<br>v.<br><br>**LOUIS FERNANDEZ, JR.,**<br>**LOUIS FERNANDEZ, III,**<br>**KIMBERLY CURTISS,**<br><br>        **Defendants.** | | **GOVERNMENT'S COUNSEL**<br>Kathy Peluso<br><br><br><br>**DEFENSE COUNSEL**<br>Andrew Shein, CJA<br>Lori Palmieri, Ret.<br>David Weisbroad, Ret. | |
| **COURT REPORTER:**   Melissa Pierson | | **DEPUTY CLERK:** | Lisa Bingham |
| **TIME:**  10:35 a.m. - 11:00 a.m.        **TOTAL:** 25 min. | | **COURTROOM:** | 14B |

**PROCEEDINGS:**    **STATUS CONFERENCE**

Court called to order.

The Court discusses having defendants Fernandez Jr., Fernandez III, and Kimberly Curtiss report to the BOP to start their sentences.

Counsel for all defendants requests that the Rule 35 motions to be filed by the Government be decided before the defendants are taken into custody.

The Court directs the Government to file any Rule 35 motions by May 8, 2014.

The Court sets a Rule 35 hearing for 9:00 a.m., on May 12, 2014.

Ms. Palmieri indicates that she has a sentencing before Judge Merryday at 9:30 a.m. on May 12, 2014. The Court notes the hearing and states Ms. Palmieri may leave for her sentencing and come back.