UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8:11-Cr-550-T-33EAP

LOUIS FERNANDEZ, JR.

**MOTION BY THE UNITED STATES FOR
REDUCTION IN SENTENCE
PURSUANT TO FED. R. CRIM. P. 35(b)**

The United States of America, by A. Lee Bentley, III, United States Attorney for the Middle District of Florida, and pursuant to Fed. R. Crim. P. 35(b) and 18 U.S.C. § 3553(e), hereby moves for a sentence reduction for the above-referenced defendant and further states:

1. The defendant was sentenced on January 23, 2013, to 24 months imprisonment.

2. Since his sentencing, the defendant has continued to assist law enforcement, which assistance, the government views as substantial assistance. The details of his cooperation will be described at the time of the hearing in this matter currently set for May 12, 2014, at 9:00 a.m..

3. Should the Court grant this motion, the government recommends a 6-level departure placing the defendant in a guideline range at total offense level 11, of 8 to 14 months.

WHEREFORE, the government respectfully urges this Honorable Court to grant this motion, consistent with the above-noted recommendation.

          Respectfully submitted,

          A. LEE BENTLEY, III
          United States Attorney

By *s/ Kathy J.M. Peluso*
   KATHY J.M. PELUSO
   Assistant United States Attorney
   United States Attorney No. 053
   400 N. Tampa Street, Suite 3200
   Tampa, Florida 33602-4798
   Telephone: (813) 274-6000
   Facsimile: (813) 274-6358
   E-mail: kathy.peluso@usdoj.gov

**U.S. v. LOUIS FERNANDEZ, JR.**           Case No. 8:10-CR-530-T-33

## CERTIFICATE OF SERVICE

I hereby certify that on May 7, 2014, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Andrew Shein, Esq.

*s/ Kathy J.M. Peluso*
KATHY J.M. PELUSO
Assistant United States Attorney
United States Attorney No. 053
400 N. Tampa Street, Suite 3200
Tampa, Florida 33602-4798
Telephone:     (813) 274-6000
Facsimile:     (813) 274-6358
E-mail:   kathy.peluso@usdoj.gov