**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**CLERK'S MINUTES**

| | | | |
|---|---|---|---|
| **CASE NO.:** | 8:10-cr-530-T-33AEP | **DATE:** | May 12, 2014 |
| **HONORABLE VIRGINIA M. HERNANDEZ COVINGTON** | | | |
| **UNITED STATES OF AMERICA,**<br><br>　　　　　　　　Government,<br>v.<br><br>**LOUIS FERNANDEZ, JR.,**<br>**LOUIS FERNANDEZ, III,**<br>**KIMBERLY CURTISS,**<br><br>　　　　　　　　Defendants. | | **GOVERNMENT'S COUNSEL**<br>Kathy Peluso<br>Jeffrey Shearer, DEA<br><br>**DEFENSE COUNSEL**<br>Andrew Shein, CJA<br>Lori Palmieri, Ret.<br>David Weisbroad, Ret. | |
| **COURT REPORTER:** | Scott Gamersfelder | **DEPUTY CLERK:** | Lisa Bingham |
| **TIME:** 9:05 a.m. - 9:50 a.m.<br>　　　　 10:05 a.m. - 10:45 a.m.   **TOTAL:**   1/25 | | **COURTROOM:** | 14B |

**PROCEEDINGS:**　　**RULE 35 MOTIONS (DKTS. 370, 371 & 372)**

Court called to order.  The Court hears oral argument.  Defense counsel for all defendants request 2 additional levels for the newly formulated guidelines.

For the reasons stated on the record, the Court GRANTS the Gov't's Motions and defendants' requests and rules as follows:

Louise Fernandez, Jr.:　　The Court departs 6 levels (plus 2): Offense Level: 9, Criminal History Category: I, Imprisonment Range: 4 - 10 months

　　　　　　　　　　　　New sentence:  Home detention for 4 months; 3 years of supervised release. If after a year there are no issues, the Court will consider terminating the remainder of his supervised release.

Kimberly Curtiss:　　　　The Court departs 12 levels (plus 2): Offense Level: 9, Criminal History Category:  I, Imprisonment Range: 4 - 10 months

　　　　　　　　　　　　New sentence: Home detention for 4 months; 2 years of supervised release. If after a year there are no issues, the Court will consider terminating the remainder of her supervised release.

Ms. Palmieri has to leave to attend a hearing before Judge Merryday.  The Court will resume Louise Fernandez, III's hearing upon her return.

Louise Fernandez, III:　　The Court departs 8 levels (plus 2): Offense Level: 15, Criminal History Category:   II Imprisonment Range: 21 - 27 months

　　　　　　　　　　　　New sentence: 21 months, 3 years supervised release. The defendant is remanded to the custody of the USMS.